IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| EARNEST LEE WALKER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-168-F |
| ) | WO |
| KELVIN L. BRYANT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on March 2, 2005 (Doc. #4), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that:

1. Plaintiff's challenge to the revocation of his probation is DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. This case is DISMISSED prior to service of process.

DONE this 21st day of April, 2005.

                                                 /s/ Mark E. Fuller
                                                 CHIEF UNITED STATES DISTRICT JUDGE